## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.                          CRIMINAL NO. 14-CR-30054-DRH

CHARLES D. GILMORE,

                Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On October 16, 2014, this court entered an order for forfeiture against defendant Charles D. Gilmore for the following property which had been seized from the defendant:

**One European American Arms, Witness-P, 9mm semi-automatic handgun, bearing serial number EA12575, and all ammunition contained within said firearm.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 5, 2015, and ending May 4, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 16, 2014, namely:

**One European American Arms, Witness-P, 9mm semi-automatic handgun, bearing serial number EA12575, and all ammunition contained within said firearm**.

The United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property.   The destruction may be done at such time and location and by such persons as designated by the United States Marshal.

**IT IS SO ORDERED.**

**Signed this 15th day of June, 2015.**

Digitally signed by
David R. Herndon
Date: 2015.06.15
10:08:27 -05'00'

**DAVID R. HERNDON**
**United States District Court Judge**